a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LUIS MARTIN REYES FABIAN,          CIVIL DOCKET NO. 1:25-CV-02096
Petitioner                                                            SEC P

VERSUS                                              JUDGE TERRY A. DOUGHTY

WARDEN RIVER CORRECTIONAL     MAGISTRATE JUDGE PEREZ-MONTES
CENTER ET AL,
Respondents

_____

## MEMORANDUM ORDER

Before the Court is a motion entitled Status Report Request (ECF No. 5) filed by Petitioner Luis Martin Reyes Fabian ("Fabian").  Fabian is an immigration detainee at River Correctional Center in Ferriday, Louisiana.  He seeks an expedited answer to his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Fabian's.

_____

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

Accordingly, the Motion (ECF No. 5) is GRANTED IN PART to the extent it generally seeks an expedited answer, but DENIED IN PART to the extent it seeks a response or release within seven days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order, or 60 days from the date of service, whichever occurs first.[2]  Fabian shall have seven days within which to file a reply.

SIGNED on Wednesday, February 25, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

---

[2] Summonses were issued to counsel on December 23, 2025, ordering the Government to file an answer to the Petition within 60 days of service.  ECF No. 2.  Because the record contains no affidavit of service, the Court cannot determine when the answer was originally due.