# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **LUIS MARTIN REYES FABIAN** | **CASE NO.  1:25-CV-02096 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN RIVER CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Considering the Voluntary Motion to Dismiss [Doc. No. 8] filed by Petitioner, Luis Martin Reyes Fabian ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED** and Petitioner's claims against Respondents are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 10th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE